

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-21-00109-CV

**CHIMAX AUTO SALES INCORPORATED**,
Appellant

v.

Robert **GONZALEZ** and Marisol Rodriguez,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV01659
Honorable John Longoria, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: June 2, 2021

DISMISSED

On May 26, 2021, appellant filed its "Notice of Dismissal of Appeal" moving this court to dismiss its appeal. Appellant's motion to dismiss its appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not indicate that the parties agreed otherwise, costs are taxed against the appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM